IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**ROBERT E. WOODWARD**
**ADC #166447**                                                                                          **PLAINTIFF**

v.                                    Case No. 4:25-cv-00815-KGB

**DOE**                                                                                                 **DEFENDANT**

## ORDER

Before the Court is the Proposed Findings and Recommendation ("Recommendation") of United States Magistrate Patricia S. Harris (Dkt. No. 3).  Plaintiff Robert E. Woodward did not object to the Recommendation, and the time to do so has passed.  Further, Woodward did not comply with or object to the Court's initial Order of August 14, 2025 (Dkt. No. 2).  Accordingly, after careful consideration, the Court approves and adopts the Recommendation in its entirety as this Court's findings in all respects (Dkt. No. 3).  The Court dismisses without prejudice Woodward's complaint (Dkt. No. 1).  The request for relief is denied.  The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would be frivolous and not taken in good faith.

It is so ordered this 30th day of December, 2025.

_____
Kristine G. Baker
Chief United States District Judge